UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

**CAMILLE MUKES,**    CASE NO.   **3:12-cv-137**

    Plaintiff,    **Judge Timothy S. Black**

    -vs-

**COMMISSIONER OF SOCIAL SECURITY,**

    Defendant.

_____

**JUDGMENT IN A CIVIL CASE**
_____

[ ]   **Jury Verdict:** This action came before the Court for a trial by jury.  The issues have been tried and the Jury has rendered its verdict.

[X]   **Decision by Court:** This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered,

**IT IS ORDERED AND ADJUDGED** that the ALJ'S non-disability finding is **FOUND NOT SUPPORTED BY SUBSTANTIAL EVIDENCE**, and is **REVERSED**; and this matter is **REMANDED** to the Commissioner for an immediate award of benefits; and that the case is **CLOSED** from the docket of the Court.

Date: May 20, 2013                                    **JOHN P. HEHMAN, CLERK**

                                                                    By: _s/ M. Rogers_
                                                                    Deputy Clerk